UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Leonard Luton

       v.                                    Case No. 23-cv-146-JL

FCI Berlin, Warden


ORDER

     No objection having been filed, I herewith approve the Report and

Recommendation of Magistrate Judge Andrea K. Johnstone dated June 6,

2023 .  "'[O]nly those issues fairly raised by the objections to the

magistrate's report are subject to review in the district court and

those not preserved by such objection are precluded on appeal.'"

School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st

Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848

F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to

file a specific objection to magistrate's report will waive the right

to appeal).

                                    _____
                                    Joseph N. Laplante
                                    United States District Judge

Date: July 7, 2023

cc:  Leonard Luton, pro se
     Terry L. Ollila, AUSA